| | |
|---|---|
| 1 | Wayne Mortensen (#18519) |
| | MORTENSEN LAW OFFICES |
| 2 | 1901 E. University Dr., Ste. 360 |
| | Mesa, Arizona 85203 |
| 3 | (520) 792-0000 |
| | Fax (520) 210-5507 |
| 4 | mortensenlawcourt@gmail.com |
| | Attorney for Debtor |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under |
| | ) | Chapter Thirteen |
| DAVID STEVEN SKLAMBERG | ) | |
| SS# ***-**-1661 | ) | Case No. 4:18-bk-13105-BMW |
| | ) | |
| | ) | DEBTORS OBJECTION TO THE |
| | ) | SECURED PROOF OF CLAIM |
| | ) | FILED BY U.S. BANK TRUST, N.A. |
| | ) | (CLAIM # 7), REQUEST FOR ATTORNEY |
| | ) | FEES AND REQUEST FOR |
| | ) | HEARING |
| | ) | |
| Debtor. | ) | |

COMES NOW the Debtor, DAVID STEVEN SKLAMBERG (hereinafter "Debtor") by and through his undersigned counsel, who hereby objects to the secured proof of claim filed by U.S. Bank Trust, N.A., for the following reasons:

1. The Debtor filed his voluntary petition in the United States Bankruptcy Court for the District of Arizona on or about October 25, 2018, thereby commencing the above-captioned Chapter 13 proceeding. Dianne Kerns is the duly appointed, qualified and acting Chapter 13 Trustee in this matter.

2. The Debtor listed Wells Fargo Bank in his bankruptcy schedules as having a secured lien against his home. The loan was eventually transferred to U.S. Bank Trust, N.A. as Trustee for the Dwelling Series UV Trust, with notices to be sent to Rushmore Loan Management Services (the transfer being filed on 9/24/21).

3. The proof of claim stated the pre-petition mortgage arrears totaled $11,120.65 and this amount was included in the Stipulated Order Confirming the Chapter 13 Plan.

4. In addition, two Notices of Postpetition Mortgage Fees, Expenses and Charges were filed, one on 2/14/19 in the amount of $300.00 and the other on 4/20/21 in the amount of $445.04. Both amounts were included in the Stipulated Order Confirming the Chapter 13 Plan.

5. Additional Notices of Postpetition Mortgage Fees, Expenses and Charges were filed on 9/22/21 (for $690.00), 2/21/22 (for $216.63) and 7/26/22 (for $316.63).

6. In early 2022, the Debtor sought help to bring his mortgage loan current from the Arizona Department of Housing and a check totaling $12,506.38 was sent directly to Rushmore in May of 2022. Debtor's counsel was informed that $4,141.45 of that amount was applied to the corporate advance balance (which counsel was told includes fees for matters such as property inspections and foreclosure/bankruptcy). Counsel noted that five (5) Notices of Postpetition Mortgage Fees have been filed with the Court in this case totaling $1,567.30. Therefore an explanation was requested from Rushmore in June 2022 as to where the additional $2,574.15 in fees came from. As of the filing of this Objection, no response has been received.

WHEREFORE, Debtor, through Counsel, requests that Rushmore Loan Management Services provide a detailed accounting of how the funds received from the Arizona Department of Housing were applied. In addition, as the loan was brought current from the funds received, an amended proof of claim is needed to reflect just the arrears paid through the Chapter 13 Plan. Debtor further requests that Rushmore Loan Management Services be required to pay the attorney fees incurred for this action because of the extraordinary amount of time that Debtor's counsel has spent in attempting to resolve the matter. Lastly, Debtor requests that this matter be set for hearing.

DATED this __16th__ day of __November__, 2022.

      /s/ Wayne Mortensen (#18519)
Wayne Mortensen
Attorney for Debtor

Copies of the foregoing mailed this 16th day of November, 2022, to:

Dianne C. Kerns, Trustee
mail@dcktrustee.com

Rushmore Loan Management Services
PO Box 55004
Irvine, CA 92619-2708

Erica Loftis, Esq.
Ghidotti Berger
1920 Old Tustin Ave.
Santa Ana, CA 92705

 /s/ Susan Krause