Michelle R. Ghidotti-Gonsalves, Esq. (27180)
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010 ext. 1010
Fax: (949) 427-2732
mghidotti@ghidottiberger.com

Attorney for Creditor
U.S. Bank Trust National Association, as Trustee of the Dwelling Series IV Trust, its successors and/or assignees

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA – TUCSON DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 4:18-bk-13105-BMW |
| DAVID STEVEN SKLAMBERG, | CHAPTER 13 |
| Debtor. | AMENDED STIPULATION RESOLVING OBJECTION TO PROOF OF CLAIM #7 [D.E. #113] |

## AMENDED STIPULATION

This Stipulation is entered into by and between the Debtor, David Steven Sklamberg ("Debtor") and Creditor, U.S. Bank Trust National Association, as Trustee of the Dwelling Series IV Trust, its successors and/or assignees ("Creditor"), by and through their respective counsels of record.

///

## RECITALS

1. Debtor filed this bankruptcy case on October 25, 2018 as case number 4:18-bk-13105-BMW.

2. Creditor filed its initial proof of claim on December 28, 2018 as Claim #7 asserting a total claim amount of $130,584.70 with $11,120.65 due in prepetition arrearages including a corporate advance balance of $1,350.48..

3. Creditor filed a series of Notice of Post-Petition Mortgage Fees, Expenses, and Charges, totaling $1,741.67 and are further detailed as follows:

   PPFN #1 filed 2/14/2019  $300.00 *Plan Review (1/25/19)*

   PPFN #2 filed 4/20/2021  $95.00 *Broker Price Opinion Fees (2/25/21)*
   $16.68 *Property Inspection Fees (1/25/21)*
   $200.00 *Foreclosure Attorney Fees (4/12/21, 1/15/21)*
   $16.68 *Property Inspection (12/30/20)*
   $100.00 *Foreclosure Attorney Fees (12/9/20)*
   $16.68 *Property Inspections (12/2/20)*

   PPFN #3 filed 9/22/2021  $400.00 *Attorneys Fees (4/14/21)*
   $100.00 *Filing fees and court costs (4/12/21)*
   $190.00 *Broker Price Opinion (5/26/21, 8/27/21)*

   PPFN #4 filed 2/21/2022  $200.00 *Attorney's fees (12/13/21, 9/27/21)*
   $16.63 *filing fees and costs (7/7/20)*

   PPFN #5 filed 7/26/2022  $16.63 *Broker Price Opinion (3/8/2022)*
   $300.00 *Postponement Fee (2/16/22, 3/30/22, 5/11/22)*

   **TOTAL = $1,968.30**

4. On December 7, 2022, Debtor filed the Amended Objection to Claim on the basis that the funds have been distributed by the Arizona Department of Housing ("Arizona HFA Funds") in the amount of $12,506.38.  [D.E. #113].

5. On February 15, 2023, Creditor filed its response thereto acknowledging funds received and forthcoming amended claim [D.E. #116].

6. On February 15, 2023, Creditor filed its Amended Claim #7-3 reflecting arrears in the

total amount of $3,310.44, representing those funds already distributed by the Trustee and noting the arrears have otherwise been paid in full by Arizona HFA funds submitted directly to Creditor [#7-3].

7. The Creditor and Debtor wish to resolve the objection and hereby stipulate as follows:

## STIPULATION

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Creditor acknowledges it received and applied Arizona HFA Funds in the amount of $12,506.38. In addition thereto, Creditor also received $2,233.41 in payments directly from the Debtor together with an existing $983.55 in suspense funds.
2. Following Creditor's application of HFA funds, $2,028.53 remained which was returned pursuant to the Arizona Department of Housing policies.
3. Debtor's prepetition arrearages have been paid in full.
4. All Notices of Post Petition Mortgage Fees, Expenses, and Charges, totaling $1,968.30 have been paid in full.
5. Debtor's loan is now contractually current through July 1, 2023.
6. No post-petition fees shall be incurred by Creditor or noticed against Debtor relating to this Objection to Claim and/or application of these Arizona HFA Funds.
7. In the event there are any issues with the amended proof of claim, the claim objection may be reset for hearing by either party upon regular notice.
8. This Stipulation shall not prejudice the Parties rights to future actions relating to this claim.

AGREED TO AND APPROVED BY:

Dated: May 9, 2023                                        Dated: 5/10/2023


By: /s/ Michelle Ghidotti-Gonsalves                       By: /s/ Wayne Mortensen
    Michelle Ghidotti-Gonsalves, Esq.                      Wayne Mortensen, Esq.
    State Bar No.: 27180                                    Mortensen Law Offices, PLLC
    GHIDOTTI | BERGER, LLP                                  1901 E. University Dr., Ste. 360
    1920 Old Tustin Ave.                                    Meza, AZ 85203
    Santa Ana, CA 92705                                     Ph: (520) 792-0000
    Ph: (949) 427.2010                                      Fax: (520) 210-5507
    bknotifications@ghidottiberger.com                      court@mortensenlawoffices.com
    **COUNSEL FOR CREDITOR**                                **COUNSEL FOR DEBTOR**